UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

AHMED NASSER,

          Plaintiff,

-vs-

HORIZON LINES, LLC, a foreign
corporation,

          Defendant.

_____/

Case No. 08-
HON.

```
FILED: AUGUST 20, 2008
08CV4727
JUDGE MANNING
MAGISTRATE JUDGE NOLAN

TC
```

GEORGE T. FISHBACK P29763
AMRIA N. AHMED P70338
Attorneys for Plaintiff
1000 Farmer Street
Detroit, Michigan  48226
(313) 965-3464
gtfishback@sachswaldman.com

---

## WAIVER OF PREPAYMENT OF FEES AND COSTS

      This matter is a suit for the enforcement of laws enacted for the health and safety of seamen within the meaning of 28 USCA §1916, permitting the filing of this case without prepayment of fees and/or costs or security therefor.

          Respectfully submitted,

          SACHS WALDMAN, Professional Corporation,

      BY:    ***/s/ George T. Fishback***_____
              GEORGE T. FISHBACK (P29763)
              AMRIA N. AHMED (P70338)
              Attorneys for Plaintiff
              1000 Farmer at Bates
              Detroit, MI  48226
              (313) 965-3464 / fax 965-4315

Dated: August 20, 2008        _____gtfishback@sachswaldman.com